# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131747

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BRANDEN RAYMOND MURDOCK,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131747
COA: 259722
Isabella CC: 03-001556-FC

On order of the Court, the application for leave to appeal the June 29, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk